# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. SANCHEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>SIX UNKNOWN NAMES AGENTS OR MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA,<br><br>  Defendant(s). | Case No. 1:13-cv-00836-AWI-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO OBEY A COURT ORDER**<br><br>**(ECF No. 3)**<br><br>**CLERK TO CLOSE CASE** |

On June 3, 2013, Plaintiff, a federal prisoner proceeding pro se, filed what was construed as a civil rights complaint pursuant to Bivens v. Six Unknown Agents, 403 U.S. 388 (1971). (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On July 16, 2013, the Magistrate Judge issued findings and recommendation (ECF No. 3) that this action be dismissed without prejudice based on Plaintiff's failure to obey the Magistrate's order (ECF No. 2) that he file a signed complaint and either file an application to proceed in forma pauperis or pay the filing fee by June 24, 2013. The fourteen day deadline to file objection to the findings and recommendation was August 5, 2013, and Plaintiff did not object or otherwise respond to the findings and recommendation.

1

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendation to be supported by the record and by proper analysis.

Local Rule 110 provides that "failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." In determining whether to dismiss this action for failure to comply with the directives set forth in its order, "the Court must weigh the following factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendants/respondents; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits." Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), citing Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992). Balancing these factors in this case weighs in favor of dismissal.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendation filed on July 16, 2013 (ECF No. 3) in full;
2. This action is dismissed, without prejudice, for failure to obey a Court order; and
3. The Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated:   August 9, 2013

_____
SENIOR DISTRICT JUDGE